

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00540-CV

Levi and Michelle **MCKENZIE**,
Appellants

v.

**COMMUNITY NATIONAL BANK**,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 13-05-21843-CV
The Honorable Camile G. Dubose, Judge Presiding

PER CURIAM

Sitting:        Karen Angelini, Justice
                Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  October 29, 2014

DISMISSED

Texas Rule of Appellate Procedure 5 provides the following:

A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just.

TEX. R. APP. P. 5.

Because Appellants Levi and Michelle McKenzie failed to pay the filing fee in this appeal, on August 28, 2014, we ordered appellants to either (1) pay the applicable filing fee or (2) provide written proof to this court that they are excused by statute or these rules from paying the filing fee.

*See* TEX. R. APP. P. 20.1 (providing that party who qualifies as indigent under Rule 20 may proceed without advance payment of costs). We warned that if appellants failed to respond by September 8, 2014, this appeal would be dismissed. *See* TEX. R. APP. P. 42.3(c).

Appellants, however, failed to pay the filing fee or provide written proof that they are excused from paying the filing fee by the date ordered. We, therefore, dismiss this appeal. *See id.*

PER CURIAM